RANDOLPH CREGGER & CHALFANT  LLP
Thomas A. Cregger, State Bar No. 124402
1030 G Street
Sacramento, California 95814
Telephone:  (916) 443-4443
Facsimile:    (916) 443-2124

Attorneys for Defendants
COUNTY OF SACRAMENTO; DEPUTY SHERIFF CARL BOWEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE IRVING and TIFFANY IRVING, | No. CIV S-03-437 GEB PAN |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| COUNTY OF SACRAMENTO, ELK GROVE HIGH SCHOOL PRINCIPAL FRANK LUCIA, DEPUTY SHERIFF CARL BOWEN, GERALD DRONBY, | |
| Defendants. | |

This Court having entered judgment in the above-entitled action on April 5, 2005 against Plaintiffs and for Defendants COUNTY OF SACRAMENTO and DEPUTY SHERIFF CARL BOWEN and having taxed costs in the amount of $3,334.75 on May 9, 2005; and that judgment having been affirmed by the Ninth Circuit Court of Appeals on May 25, 2007;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs JOANNE IRVING and TIFFANY IRVING shall take nothing and that Defendants COUNTY OF SACRAMENTO and DEPUTY SHERIFF CARL BOWEN shall recover from said Plaintiffs costs of suit in the sum of $3,334.75

**Dated:  June 27, 2007**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**

**Randolph Cregger & Chalfant**

- 1 -

JUDGMENT